IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>Vs.<br><br>ALLAN JOE PARRILLA-SERRANO<br>Defendant | CASE #19-647 PAD |

INFORMATIVE MOTION, RE: CASE STATUS

TO THE HONORABLE COURT:

COMES NOW Defendant Allan Joe Parrilla-Serrano, represented by the undersigned court appointed counsel and respectfully informs the status of the case:

1. Counsel was appointed to represent defendant on January 7, 2021.

2. Defendant was released on bond and met with counsel on January 15, 2021.

3. Counsel had a conversation with SAUSA Camille Garcia, and she advised that discovery was extensive, which included multiple phone recordings.

4. On February 11th, 2021, counsel was notified that discovery was accessible via USAfx.

5. On February 15th, counsel attempted to log into USAfx but was unable to.

6. Counsel needs to access USAfx to download the discovery, review the same and discuss it with her client, who is in the mainland.

7. Counsel request at least 60 days to review the discovery, followed by a new status report.

WHEREFORE, it is respectfully requested that the court take notice of the case status and allow counsel sufficient time to review the discovery and discuss the same with her client.

RESPECTFULLY SUMBITTED.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.  I further certify that on this date, I have sent by mail the foregoing document, to the following non-CM/ECF participants: **N/A**

In San Juan, Puerto Rico this 15th day of February 2021.

s/Mariángela Tirado-Vales

Mariángela Tirado-Vales
USDC-PR #203214
PO BOX 194786
SAN JUAN, PR 00919-4786
✉ mtvlaw@gmail.com
☎ (939)644-2844